## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| ASHLAND JUNCTION, L.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:17-cv-00721-HEH |
| | ) | |
| EVELYN BENTON, | ) | |
| d/b/a/ Evelyn's Place | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S
## MOTION TO REMAND TO STATE COURT

Plaintiff Ashland Junction, LLC[1], by counsel, files this Motion to Remand to State Court. This Motion seeks the entry of an appropriate order remanding the case to the General District Court of Hanover County, Virginia, for lack of jurisdiction under 28 U.S.C. 1332(a) and for improper removal under 28 U.S.C. 1441(b). The reasons for this Motion are more thoroughly explained in Plaintiff's Memorandum in Support of Motion to Remand to State Court, which is filed contemporaneously herewith. Pursuant to Rule 7(E) & 7(J) of the Local Rules of the Eastern District of Virginia, Plaintiff submits this Motion for a decision on the papers unless the Court otherwise requests oral argument.

Dated: November 7, 2017                    Respectfully submitted,

                                            /s/ Matthew Yanovitch
                                           Matthew Yanovitch (VSB # 75595)
                                           myanovitch@spottsfain.com
                                           John M. Erbach (VSB # 76695)

---

[1] The legal name of Plaintiff is Ashland Junction, LLC. Plaintiff has simultaneously herewith filed a separate Motion to Correct Plaintiff's name.

jerbach@spottsfain.com
SPOTTS FAIN, P.C.
411 E. Franklin Street, Suite 600
Richmond, VA  23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100

*Counsel for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record in this matter. And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Evelyn Benton
1817 Pump Road
Henrico, VA 23238
Email: ebenton56@gmail.com
*Pro Se Defendant*

_____/s/_____
Matthew Yanovitch (VSB # 75595)
myanovitch@spottsfain.com
SPOTTS FAIN, P.C.
411 E. Franklin Street, Suite 600
Richmond, VA  23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for Plaintiff*

3